| | |
|---|---|
| 1 | MARK W. COLEMAN #117306 |
| 2 | NUTTALL COLEMAN & DRANDELL |
|   | 2333 MERCED STREET |
| 3 | FRESNO, CALIFORNIA 93721 |
|   | PHONE (559) 233-2900 |
| 4 | FAX (559) 485-3852 |
|   | mark@nuttallcoleman.com |
| 5 | |
| 6 | ATTORNEYS FOR Defendant, TROY FRANKLIN |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | | Case No. 1:16-CR-00144-LJO |
| Plaintiff, | | |
| v. | | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| TROY FRANKLIN, | | |
| Defendant. | | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for January 29, 2018, at 8:30 a.m., be continued for four weeks from January 29, 2018, or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing formal objections/sentencing memorandums, be scheduled in accordance with the new sentencing date.

This continuance is requested by counsel for Defendant, TROY FRANKLIN, due to the holidays and counsel's illness counsel was unable to meet and confer with Defendant.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIMBERLY A. SANCHEZ, and United States Probation who has no objection to this continuance.

Dated: January 2, 2018.                Respectfully Submitted,

                                       NUTTALL COLEMAN & DRANDELL

                                        /s/ Mark W. Coleman

                                       MARK W. COLEMAN
                                       Attorney for Defendant,
                                       TROY FRANKLIN

Dated: January 2, 2018.                UNITED STATES ATTORNEY'S OFFICE

                                       /s/ Kimberly Sanchez

                                       KIMBERLY SANCHEZ
                                       Assistant U.S. Attorney

                                       * * * * * * *

O R D E R

The sentencing will be held at 8:30 a.m. on February 26, 2018 pursuant to the request and the Stipulation.

IT IS SO ORDERED.

   Dated:   **January 4, 2018**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE