MICHELE BECKWITH
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00144-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| TROY FRANKLIN, | DATE: March 28, 2025 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on March 28, 2025.

2. By this stipulation, defendant now moves to vacate the preliminary hearing scheduled for March 28, 2025 and schedule a status conference on April 23, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports and the Defendant's criminal history. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The government has represented that additional discovery in this case involving body camera footage is forthcoming.

      c)    Counsel for defendant desires additional time to consult with his client, to review forthcoming additional evidence, conduct an investigation, and discuss potential resolutions with his client.

      d)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: March 26, 2025        MICHELE BECKWITH
      Acting United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: March 26, 2025        /s/ Robert C. Lamanuzzi
Robert C. Lamanuzzi
Counsel for Defendant
Troy Franklin

## ORDER

IT IS SO FOUND AND ORDERED that the March 28, 2025, preliminary hearing in case number 1:16-cr-00144-JLT-SKO is vacated and a status conference scheduled for April 23, 2025, before the duty magistrate judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **March 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2