Robert C Lamanuzzi, (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Troy Franklin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>TROY FRANKLIN<br><br>Defendant. | No. 1:16-CR-00144-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |

On March 3rd, 2025, Defendant Troy Franklin was charged with violating the conditions of his supervised release. CJA Panel Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Troy Franklin on March 19th, 2025, in his criminal case. Mr. Franklin was sentenced on June 16th, 2025. The time for filing a direct appeal was June 30th, 2025. No direct appeal was filed. Mr. Franklin was in custody at sentencing. Mr. Franklin remained in custody and was remanded to the Bureau of Prisons. The trial phase of Mr. Franklin's criminal case has, therefore, come to an end. Having completed his representation of Mr. Franklin, CJA attorney, Robert Lamanuzzi, now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Franklin require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist his.

Dated: JULY 1ˢᵗ, 2025,                                                  Respectfully submitted,

                                         /s/ Robert Lamanuzzi
                                         Robert Lamanuzzi, Attorney for
                                         Defendant, Troy Franklin

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Troy Franklin at the following address and to update the docket to reflect Defendant's pro se status and contact information.

TROY FRANKLIN
33 W Santa Ana
APT D
Clovis CA 93612

IT IS SO ORDERED.

Dated:   **July 2, 2025**                                             /s/ Jennifer L. Thurston
                                                                                UNITED STATES DISTRICT JUDGE