**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant TROY FRANKLIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TROY FRANKLIN,<br><br>Defendant. | Case No. 1:16-cr-00144-JLT<br><br>**STIPULATION AND ORDER TO VACATE THE PRELIMINARY HEARING AND SET A STATUS CONFERENCE HEARING**<br><br>Date: November 6, 2026<br>Time: 2:00 p.m.<br>Judge: Stanley A. Boone |

IT IS HEREBY STIPULATED by the defendant, Troy Franklin, by and through his counsel, Lanae Oviedo, and the United States of America, by and through its counsel, Assistant United States Attorney, Kaitlyn Tobin, as follows:

The parties stipulate that the Preliminary Hearing currently scheduled for November 6, 2026, be waived, and that a Status Conference Hearing be scheduled for December 3, 2026.

This request is made at the request of defense counsel, who was recently appointed to represent Mr. Franklin in this matter. Additional time is necessary to allow defense counsel to review discovery, investigate the alleged supervised release violations, and gather mitigating evidence in support of Mr. Franklin's defense.

Accordingly, the parties request that the Court vacate the November 6, 2026, Preliminary Hearing and set this matter for a Status Conference Hearing on December 3, 2026.

IT IS SO STIPULATED.

Dated: November 4, 2026

*/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

Dated: November 4, 2026

*/s/ Kaitlyn Tobin*

**Kaitlyn Tobin**
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Preliminary hearing currently scheduled for November 6, 2026, is hereby vacated, and a Status Conference hearing is hereby set for December 3, 2026, at 2:00p.m. Defendant is ordered to be present.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge